DAE MFG. CO., INC., et al., Appellants, *v.* FRANK A. GALANTE et al., Respondents.

Argued January 11, 1951; decided January 18, 1951.

*Mathias Naphtali* for appellants.

*Sigmund Moses* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 302 N. Y. 703.]